IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.  5:10-CT-3123-BO

SHAUN ANTONIO HAYDEN )
    Plaintiff, )
 )
    v. )
 ) NOTICE OF APPEARANCE
PAUL G. BUTLER, )
    Defendant. )
 )
 )

Now comes the undersigned, Mary S. Pollard, and gives notice of her appearance as counsel for Plaintiff Shaun Antonio Hayden in the above-captioned case.  The undersigned counsel certifies that she is admitted to practice before this court.

Respectfully submitted, this the 16th day of September, 2013.

/s/ Mary S. Pollard
Mary S. Pollard
N.C. State Bar No. 20081
N.C. Prisoner Legal Services, Inc.
1110 Wake Forest Rd.
Raleigh, NC 27604
919-856-2200
mpollard@ncpls.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mary Carla Hollis
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
919-716-6573
Fax: 919-716-0001
Email: mchollis@ncdoj.gov

/s/ Mary S. Pollard
Mary S. Pollard
N.C. State Bar No. 20081
N.C. Prisoner Legal Services, Inc.
1110 Wake Forest Rd.
Raleigh, NC 27604
919-856-2200
mpollard@ncpls.org