# DECLARATION OF SHAUN A. HAYDEN

1. My name is Shaun A. Hayden. I was born on October 6, 1966.
2. On April 29, 1982, May 23, 1982, and August 21, 1982, I was fifteen years of age.
3. On these dates, I committed multiple violent felonies.
4. On March 16, 1983, at the age of sixteen years, I pled guilty to First Degree Burglary; Attempted Rape; Assault With a Deadly Weapon With Intent to Kill Inflicting Serious Injury Not Resulting in Death; First Degree Sexual Offense; Breaking and Entering; Larceny; Second Degree Sexual Offense; Attempted Second Degree Rape; and First Degree Rape.
5. The Superior Court consolidated my offenses for judgment, and I was sentenced to life imprisonment.
6. I became eligible for parole in 2002.
7. I have been rejected annually for parole since that date.
8. I have never been notified that I was under "investigation" for parole.

I declare under penalty of perjury that all of the foregoing is true and correct to the best of my knowledge.

_Shaun A. Hayden_  10/28/2014
Shaun A. Hayden  Date