

**DEPARTMENT OF PUBLIC SAFETY**
PREVENT. PROTECT. PREPARE.

# North Carolina Parole Commissioners



**Paul G. Butler Jr.
of White Lake**

Commission Chairman **Paul G. Butler, Jr.** has served his country and the state of North Carolina. He served in the United States Army and was awarded the Bronze Star while serving in Vietnam. After his release from the Army, Chairman Butler had a long and distinguished career in the field of economic development in Southeastern North Carolina. He has served as county manager for Sampson County, and director of the Bladen County Economic Development Program and director of the Southeast Regional Economic Development Commission. He was appointed chairman of the Parole Commission in 2013 by Governor Pat McCrory.



*Willis J. Fowler
of Raleigh*

Commissioner **Bill Fowler** served as a Raleigh police officer and detective from 1964-1972 before joining the Department of Correction as a parole officer. After the state's parole and probation supervision systems were merged, he supervised both probationers and parolees for many years. In 1983, Fowler was promoted to a parole hearing officer. He was a chief parole hearing officer when Governor Mike Easley appointed him to the Parole Commission in July 2005.



*James L. Forte*
*of Cary*

Commissioner **James L. Forte** has 25 years of service in state government that includes serving as Commissioner of Motor Vehicles, Director of Internal Operations and Legislative Affairs with the Office of the State Auditor, Assistant Secretary for Natural Resources with the Department of Environment, Health and Natural Resources and Assistant Commissioner for the DMV. Forte also has 12 years in banking management with Wachovia Bank.



*Danny Moody*

Commissioner **Danny Moody** Moody served as the chief of protocol, historian and special collections librarian for the Supreme Court of North Carolina from 2004 through 2013. He established and led the NC Supreme Court's Historical Society, serving as its executive director. Prior to this, Moody was the chief hearing officer for License and Theft in the Enforcement Section of the Division of Motor Vehicles within the North Carolina Department of Transportation.

« this page last modified 01/15/14 »