THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CT-3123-BO

| | | |
|---|---|---|
| SHAUN ANTONIO HAYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| v. | ) | |
| | ) | FED. R. CIV. P. 56(a) |
| PAUL G. BUTLER, | ) | Local Civ. R. 7.1 |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Paul G. Butler, Jr., through counsel, North Carolina Attorney General Roy Cooper and Assistant Attorney General Jodi Harrison, and move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material fact exists and he is entitled to judgment as a matter of law. In support of the motion, Defendant relies upon the pleadings and motions on file in this case; his memorandum in support filed contemporaneously herewith; and the attached exhibits listed in Exhibit A.

Respectfully submitted this 10th day of November, 2014.

                                                ROY COOPER
                                                Attorney General

                                                /s/ Jodi Harrison
                                                Jodi Harrison
                                                Assistant Attorney General
                                                N.C. State Bar No. 38816
                                                N.C. Department of Justice
                                                Post Office Box 629
                                                Raleigh, North Carolina 27602-0629
                                                Telephone: (919) 716-6500
                                                Fax: (919) 716-6761
                                                E-mail: jharrison@ncdoj.gov
                                                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the **MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, and served via the CM/ECF system the following participant:

Elizabeth G. Simpson
Mary S. Pollard
NC Prisoner Legal Services
P.O. Box 25397
Raleigh, NC 27611
Attorneys for Plaintiff

This the 10th day of November, 2014.

/s/ Jodi Harrison
Jodi Harrison
Assistant Attorney General