

**SHAUN A HAYDEN**
Offender ID: 0174678
Inmate Status: ACTIVE
Gender: MALE
Race: BLACK
Ethnic Group: UNKNOWN
Birth Date: 10/06/1966
Age: 48
Current Location: AVERY-MITCHELL CI

## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|---|---|---|---|---|
| HAYDEN |  | SHAUN | ANTONIO | COMMITTED |

## Most Recent Incarceration Summary

Incarceration Status: ACTIVE
Conviction Date: 03/15/1983
Primary Crime: SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL)
Special Characteristics: LIFE
Admission Date: 03/16/1983
Control Status: DISCIPLINARY SEGREGATION
Custody Classification: MEDIUM
Number Of Infractions: 42
Current Location: AVERY-MITCHELL CI
Last Movement : RECEIVED FROM LUMBERTON CI

Total Incarceration Term: LIFE
Projected Release Date: LIFE
Primary Crime Type: FELON
Current Status: FELON
Admission Facility: WESTERN YI
Next Control Review: 11/22/2014
Next Custody Review: 02/01/2015
Last Infraction Date: 08/12/2014
Previous Location: LUMBERTON CI
Last Movement Date: 09/16/2014

Escapes?: N

## Offender Sentence History

### Most Recent Period of Incarceration Record

Sentence Number: BA-001
Conviction Date: 03/15/1983
Service Status: ACTIVE

Commitment Type: INMATE
County Of Conviction: IREDELL
Sentence Begin Date: 03/15/1983



EXHIBIT

14

## Offender Sentence History

**Sentence Status:** ACTIVE  
**Punishment Type:** FAIR FELONS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Sentence Type 2:** LIFE SENTENCE  
**Minimum Term:**  

**Actual Release Date:**  
**Projected Release Date:** LIFE  

**Maximum Term:** LIFE

| | | | | | |
|---|---|---|---|---|---|
| INITIAL | 82010385 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 08/21/1982 | FELON | CLASS B |
| CONSOLIDATED FOR JUDGMENT | 82007297 | BURGLARY 1ST DEGREE (PRINCIPAL) | 05/23/1982 | FELON | CLASS C |
| CONSOLIDATED FOR JUDGMENT | 82007298 | RAPE FIRST DEGREE (ATTEMPTED) | 05/23/1982 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 82009358 | SEXUAL OFFENSE 2ND DEGREE (PRINCIPAL) | 04/29/1982 | FELON | CLASS D |
| CONSOLIDATED FOR JUDGMENT | 82009359 | RAPE SECOND DEGREE (ATTEMPTED) | 04/29/1982 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 82010384 | AWDWWITKISI (PRINCIPAL) | 08/21/1982 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 82010386 | FELONY B&E (PRINCIPAL) | 04/29/1982 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 82010386 | LARCENY OVER $1000 (PRINCIPAL) | 04/29/1982 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 82010387 | RAPE FIRST DEGREE (PRINCIPAL) | 08/21/1982 | FELON | CLASS B |



# North Carolina Department Of Public Safety
# Offender Public Information

## View Offender Sentence Component

Offender Search | Escapes/Captures | Absconders | Inmate Releases | Downloads 

Back To Offender Information

**Offender Infractions**

**Offender Number:** 0174678    **Offender Name:** SHAUN A HAYDEN

| Infraction Date | Infraction Type |
| --- | --- |
| 08/12/2014 | DISOBEY ORDER |
| 01/16/2010 | DISOBEY ORDER |
| 07/13/2005 | DISOBEY ORDER |
| 08/27/2003 | DISOBEY ORDER |
| 02/25/2001 | GAMBLING |
| 01/22/2001 | PROFANE LANGUAGE |
| 02/12/2000 | SEXUAL ACT |
| 08/15/1999 | DISOBEY ORDER |
| 05/18/1997 | NO THREAT CONTRABAND |
| 05/18/1997 | ATTEMPT CLASS B OFFENSE |
| 04/23/1997 | FIGHTING |
| 04/03/1997 | UNAUTHORIZED LEAVE |
| 09/04/1996 | PROFANE LANGUAGE |
| 06/18/1996 | SUBSTANCE POSSESSION |
| 08/19/1995 | DISOBEY ORDER |
| 06/15/1995 | BARTER/TRADE/LOAN MONEY |
| 04/30/1994 | NEGLIGENTLY PERFORM DUTIES |
| 03/27/1994 | ATTEMPT CLASS C OFFENSE |
| 03/04/1994 | THEFT OF PROPERTY |
| 03/04/1994 | DISOBEY ORDER |
| 02/06/1994 | THEFT OF PROPERTY |
| 09/22/1993 | DISOBEY ORDER |
| 04/19/1993 | DISOBEY ORDER |
| 03/30/1992 | UNKEMPT ROOM |
| 10/27/1991 | CREATE OFFENSIVE CONDITION |
| 10/21/1991 | DISOBEY ORDER |
| 12/15/1990 | ASSAULT INMATE W/SEX INT |

| Date | Infraction |
|---|---|
| 09/10/1990 | WEAPON POSSESSION |
| 02/23/1990 | DISOBEY ORDER |
| 08/22/1989 | SUBSTANCE POSSESSION |
| 04/05/1989 | FIGHTING |
| 02/06/1989 | DISOBEY ORDER |
| 02/02/1989 | SUBSTANCE POSSESSION |
| 08/16/1988 | FIGHTING |
| 05/04/1988 | DISOBEY ORDER |
| 10/10/1986 | SEXUAL ACT |
| 08/13/1986 | FIGHTING |
| 07/30/1986 | DISOBEY ORDER |
| 05/31/1986 | ATTEMPT CLASS B OFFENSE |
| 05/28/1986 | DISOBEY ORDER |
| 04/18/1986 | ILLEGAL CLOTH/LINEN/SHEETS |
| 10/19/1985 | VERBAL THREAT |


Privacy Policy    Disclaimer    Contact Us    Help Using This Site
© 2012 North Carolina Department Of Public Safety. All rights reserved.