File # 82-CRS-10384
Film # _____

STATE OF NORTH CAROLINA
County of IREDELL

In The General Court of Justice
Superior Court Division

FEBRUARY 28, CRIMINAL Session, 19 83

The State of North Carolina

vs.

Shaun Antonio Hayden
Defendant

INDICTMENT
ASSAULT WITH INTENT TO KILL
WITH A DEADLY WEAPON INFLICTING SERIOUS BODILY INJU[RY]
NOT RESULTING IN DEATH

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT, That _____
SHAUN ANTONIO HAYDEN
late of the County of Iredell on the 21st day of August 19 82, with force and arms, at and in the County aforesaid, did, unlawfully, wilfully and feloniously assault Susie Beatrice Felts with a certain deadly weapon, to wit: a pillow, his hands and a rope with the felonious intent to kill and murder the said Susie Beatrice Felts inflicting serious injuries, not resulting in death, upon the said Susie Beatrice Felts, t[o] wit: by placing a pillow over the face of Susie Beatrice Felts to suffocate her, by using b[oth] hands around the neck of Susie Beatrice Felts to strangle her, and by using a rope aro[und] the neck of Susie Beatrice Felts to strangle her against the form of the Statute in such case, made and provided and against the peace and dignity of the State.

_____
Solicitor

WITNESSES:

Steve Burgin, SPD X

Those marked X sworn by the undersigned foreman, and examined before the Grand Jury, and this bill found X A True Bill.

TWELVE OR MORE GRAND JURORS ASSENTED
TO THIS BILL OF INDICTMENT.

_____
Foreman Grand Jury

Ex. A

AOC-L Form 114

STATE OF NORTH CAROLINA
County of IREDELL

File # 82-CRS-7298
Film # _____

The State of North Carolina
vs.

Shaun Antonio Hayden
Defendant

In The General Court of Justice
Superior Court Division
JULY 19, CRIMINAL, 1982

INDICTMENT
ATTEMPTED SECOND DEGREE RAPE

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 23rd day of May, 1982, in Iredell County SHAUN ANTONIO HAYDEN unlawfully and wilfully did feloniously attempt to ravish and carnally know Bobbie Fox, a female of the age of twelve years and more, to wit: 34 years of age, by force and against her will by attempting to overcome her resistance and procuring her submission and the defendant was more than 12 years of age at the time, to wit: 15 years of age, against the form of the statute in such case made and provided and against the peace and dignity of the State.

_____
~~Assistant~~ District Attorney

WITNESSES:

Det. Jack Zimmerman, SPD   X

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and this bill was found to be [✓] a true bill by twelve or more grand jurors [ ] not a true bill.

This 19th day of July, 1982.

TWELVE OR MORE GRAND JURORS ASSENTED
TO THIS BILL OF INDICTMENT.

_____
Grand Jury Foreman

AOC-L Form 201

STATE OF NORTH CAROLINA  
County of IREDELL

File # 82-CRS-10384  
Film # _____

The State of North Carolina  
vs.

Shaun Antonio Hayden  
Defendant

In The General Court of Justice  
Superior Court Division  
SEPTEMBER 13, CRIMINAL, 1982

INDICTMENT

ATTEMPTED FIRST DEGREE MURDER

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 21st day of August, 1982, in Iredell County SHAUN ANTONIO HAYDEN, with force and arms, at and in the county aforesaid, unlawfully and wilfully did feloniously and deliberately and of malice aforethought, did attempt to kill and murder Susie Beatrice Felts with the use of a deadly weapon, to wit: by placing a pillow over the face of Susie Beatrice Felts to suffocate her and by using both hands around the neck of Susie Beatrice Felts to strangle her and by using a rope around the neck of Susie Beatrice Felts to strangle her, against the form of the statute in such case made and provided and against the peace and dignity of the State.

_____  
Assistant District Attorney

WITNESSES:

Steve Burgin, SPD  
Det. Sgt. Jack Zimmerman SPD. X

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and this bill was found to be [X] a true bill by twelve or more grand jurors [ ] not a true bill.

This 13th day of Sept., 1982.

TWELVE OR MORE GRAND JURORS ASSENTED  
TO THIS BILL OF INDICTMENT.

_____  
Grand Jury Foreman

AOC-L Form 201

STATE OF NORTH CAROLINA

County of IREDELL

The State of North Carolina
vs.

Shaun Antonio Hayden
Defendant

File # 82-CRS-10387

Film #

In The General Court of Justice
Superior Court Division
SEPTEMBER 13, CRIMINAL, 1982

INDICTMENT

FIRST DEGREE FORCIBLE RAPE

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 21st day of August, 1982, in Iredell County SHAUN ANTONIO HAYDEN, with force and arms, at and in the county aforesaid, unlawfully and wilfully did feloniously ravish, carnally know and have vaginal intercourse with Susie Beatrice Felts, a female of the age of twelve years and more, to wit: 65 years of age, by force and against her will by the use of a deadly weapon, to wit: a knife, by overcoming her resistance and procuring her submission and the defendant being 15 years of age at the time, against the form of the statute in such case made and provided and against the peace and dignity of the State.

_____
Assistant District Attorney

WITNESSES:

Steve Burgin, SPD
Det. Sgt. Jack Zimmerman SPD X

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and this bill was found to be ☒ a true bill by twelve or more grand jurors ☐ not a true bill.

This 13th day of Sept, 1982.

TWELVE OR MORE GRAND JURORS ASSENTED
TO THIS BILL OF INDICTMENT.

_____
Grand Jury Foreman

AOC-L Form 201

STATE OF NORTH CAROLINA  
County of IREDELL

File # 82-CRS-9358  
Film # _____

The State of North Carolina  
vs.

Shaun Antonio Hayden  
Defendant

In The General Court of Justice  
Superior Court Division  
SEPTEMBER 13, CRIMINAL, 1982

INDICTMENT  
SECOND DEGREE SEXUAL OFFENSE

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 29th day of April, 1982, in Iredell County SHAUN ANTONIO HAYDEN, with force and arms, at and in the county aforesaid, unlawfully and wilfully did feloniously commit a sexual offense with Sylvia Elizabeth Stewart, a female of the age of 26 years, by force and against her will, by inserting a cigarette lighter into the vagina of Sylvia Elizabeth Stewart, the defendant being 15 years of age at the time, against the form of the statute in such case made and provided and against the peace and dignity of the State.

_____  
A̶s̶s̶i̶s̶t̶a̶n̶t̶ District Attorney

WITNESSES:

Det. Sgt. Jack Zimmerman, SPD  X

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and this bill was found to be ☒ a true bill by twelve or more grand jurors ☐ not a true bill.

This 13th day of Sept., 1982.

TWELVE OR MORE GRAND JURORS ASSENTED  
TO THIS BILL OF INDICTMENT.

_____  
Grand Jury Foreman

AOC-L Form 201

STATE OF NORTH CAROLINA

County of IREDELL

The State of North Carolina

vs.

Shaun Antonio Hayden
Defendant

File # 82-CRS-9359

Film #

In The General Court of Justice
Superior Court Division
SEPTEMBER 13, CRIMINAL, 1982

INDICTMENT

ATTEMPTED SECOND DEGREE RAPE

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about the 29th day of April, 1982, in Iredell County SHAUN ANTONIO HAYDEN unlawfully and wilfully did feloniously attempt to ravish and carnally know Sylvia Elizabeth Stewart, a female of the age of twelve years and more, to wit: 26 years of age, by force and against her will by attempting to overcome her resistance and procuring her submission, against the form of the statute in such case made and provided and against the peace and dignity of the State.

_____
Assistant District Attorney

WITNESSES:

Det. Sgt. Jack Zimmerman, SPD  X

The witnesses marked "X" were sworn by the undersigned foreman and examined before the grand jury, and this bill was found to be [X] a true bill by twelve or more grand jurors [ ] not a true bill.

This 13th day of Sept., 1982.

TWELVE OR MORE GRAND JURORS ASSENTED
TO THIS BILL OF INDICTMENT.

_____
Grand Jury Foreman

AOC-L Form 201