STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE

COUNTY OF IREDELL           DISTRICT COURT DIVISION

                            FILE NO: 82 J 66

IN THE MATTER OF:

Shaun Antonio Hayden            PROBABLE CAUSE HEARING
Juvenile

Now on this 30th day of August, 1982, there being present, the juvenile, Tommy Hayden, great-grandfather; Carolyn Hayden, mother; Mrs Susie B. Felts; Mrs. Hazel Davidson; Steve Burgin, Statesville Police Dept.; Gary Lavinder and Carl Duncan, Court Counselors; Costi Kutteh, Atty. for the Juvenile; David Minor, Ass District Attorney.
and the Court having conducted a hearing pursuant to G.S. 7A-588, to determine probable cause to transfer jurisdiction of said juvenile to Criminal Superior Court for trial, and having received testimony and other evidence, the court finds:

1. There is probable cause that the Juvenile, Shaun Antonio Hayden, has committed an offense which would be a felony if committed by an adult, to wit: First degree sexual offense; First degree rape; Feloniously enter a building; feloniously larceny; and feloniously attempt murder.

a violation of Section 14-27.4; 14-27.2; 14-54(a); 14-72; 14-17.

2. The juvenile is 15 years of age, having been born on the 6th day of October, 1966, and the alleged offense was committed after the juvenile became 15 years of age.

3. The juvenile is not a proper subject to be dealth with under th provisions of the Juvenile Code for the reasons that the juvenile is presentl bound over to Superior Court awaiting trial for other felony matters.

Ex. B

4. That the needs of the juvenile and the best interest of the State will be served by transfer of the case to Superior Court for trial as in the case of adults.

WHEREFORE, it is ordered that said juvenile, Shaun Antonio Hayden, be and he is hereby transferred to the Superior Court to be prosecuted and tried under the general law for the offense alleged. That pending trial in Superior Court the juvenile shall remain in detention while awaiting trial in Superior Court.

This the 30th day of August, 19 82.

_____
JUDGE OF THE DISTRICT COURT.