| | | | | |
|---|---|---|---|---|
| **STATE OF NORTH CAROLINA** | | | File No. | 82CRS 7297 |
| In The General Court of Justice | | | | 82CRS 7298 |
| ☐ District ☒ Superior Court Division | | | | 82CRS 10384 |
| | | | | 82CRS 10385 |
| Iredell County | 82CRS 9358 | | Film No. | 82CRS 10386 |
| | 82CRS 9359 | | | 82CRS 10387 |

## STATE VERSUS

**Defendant:** Shaun Antonio Hayden

| Race | Sex | Age |
|---|---|---|
| Black | Male | 16 Years |

**Attorney for State:** H. W. Zimmerman, Jr.

## JUDGMENT AND COMMITMENT
☐ Misdemeanor
☒ Fair Sentencing Act Felony
☐ Pre-Fair Sentencing Act Felony

**Attorney for Defendant:** J. H. Rennick
☐ Waived attorney    Costi Kutteh, Atty. App.

In open court the defendant appeared for trial on the following File No(s), and Charge(s) (include dates of offenses):

82CRS 7297-1st Deg. Burglary-5/23/82
82CRS 7298-Att. Rape-5/23/82
82CRS 10384-Assault With Deadly Weapon With Intent to Kill Inflicting Serious Injury Not Resulting in Death-8/21/82
82CRS 10385-1st Deg. Sexual Off.-8/21/
82CRS 10386-B & E & L-8/21/82
82CRS 10387-1st Deg. Rape-8/21/82
82CRS 9358-2nd Deg. Sexual Off.-4/29/8
82CRS 9359-Att. 2nd Deg. Rape-4/29/82

The defendant ☒ pled guilty to:    ☐ was found guilty of:    ☐ pled no contest to:

| Offense(s) | G.S. No. | Felony/Misd. | Felony Class | Maximum Prison Term Allowed by Law |
|---|---|---|---|---|
| First Degree Burglary | 14-51,52 | Felony | C | |
| Attempted Rape | 14-27.6 | Felony | F | |
| Assault With Deadly Weapon With Intent To Kill Inflicting Serious Injury Not Resulting In Death | 14-32(a) | Felony | F | |
| 1st Degree Sexual Offense | 14-27.4 | Felony | B | |
| B & E & L    (See Page #2) | 14-54(a) | Felony | H | |
| | 14-72(a),-71 | | | |

The above listed offenses are consolidated for the purpose of judgment.

The Court having considered evidence, arguments of counsel, and statement of the defendant ORDERS AND ADJUDGES that the defendant be imprisoned

For a term of:    **HIS NATURAL LIFE**

TO BE SERVED AS A REGULAR YOUTHFUL OFFENDER

in the custody of the
☒ N.C. Dept. of Correction
☐ Sheriff of _____ County

*NOTE: For Fair Sentencing Act Felonies, Judge may not impose a minimum and maximum prison term.*

☐ The sentence imposed above shall begin at the expiration of all of sentences which the defendant is presently obligated to serve.
☐ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below:

Case number, county & court in which prior sentence imposed, date sentence imposed.

(check all that apply)

☐ The defendant shall serve as a committed youthful offender (CYO) pursuant to G.S. Chapter 148 Article 3B.
☒ The defendant shall be given credit for 293 days spent in confinement prior to the date of this judgment.
☐ The defendant shall pay the costs.
☐ Work release is recommended.
☒ The defendant should not obtain the benefit of release under G.S. 148-49.15.
☐ The defendant shall pay a fine of $ _____
☐ Immediate work release is recommended.

☐ The Court does not recommend restitution or reparation as a condition of attaining work release or parole (*this condition of parole is not applicable to Fair Sentencing Act Felonies.*)

☐ The Court recommends that as a condition of attaining work release or parole (*this condition of parole is not applicable to Fair Sentencing Act Felonies.*), the defendant pay restitution as provided below.

☐ The Court recommends that the defendant be required to pay from his work release earnings restitution as provided below.

**Ex. C**

# STATE OF NORTH CAROLINA
In The General Court of Justice
☐ District  ☒ Superior Court Division

Iredell County

File No.

Film No.

## STATE VERSUS

**Defendant**
Shaun Antonio Hayden

| Race | Sex | Age |
|------|-----|-----|
| Black | Male | 16 Years |

**Attorney for State**
H. W. Zimmerman, Jr.

## JUDGMENT AND COMMITMENT
☐ Misdemeanor
☒ Fair Sentencing Act Felony
☐ Pre-Fair Sentencing Act Felony

**Attorney for Defendant** J. H. Rennick
☐ Waived attorney  Costi Kutteh, Atty. App.

In open court the defendant appeared for trial on the following File No(s). and Charge(s) (include dates of offenses):

SEE PAGE #1

The defendant ☒ pled guilty to: ☐ was found guilty of: ☐ pled no contest to:

| Offense(s) | G.S. No. | Felony/Misd. | Felony Class | Maximum Prison Term Allowed by Law |
|---|---|---|---|---|
| Charges Continued From 1st Page | | | | All Charge |
| 2nd Degree Sexual Offense | 14-27.5 | Felony | D | Two Life Terms + 160 Years |
| Attempted 2nd Degree Rape | 14-27.6 | Felony | H | |
| 1st Degree Rape | 14-27.2 | Felony | B | |

The above listed offenses are consolidated for the purpose of judgment.

The Court having considered evidence, arguments of counsel, and statement of the defendant ORDERS AND ADJUDGES that the defendant be imprisoned

**For a term of:**

SEE PAGE #1

**in the custody of the**
☐ N.C. Dept. of Correction
☐ Sheriff of

_____ County

*NOTE: For Fair Sentencing Act Felonies, Judge may not impose a minimum and maximum prison term.*

☐ The sentence imposed above shall begin at the expiration of all of sentences which the defendant is presently obligated to serve.
☐ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below:

Case number, county & court in which prior sentence imposed, date sentence imposed.

*(check all that apply)*

☐ The defendant shall serve as a committed youthful offender (CYO) pursuant to G.S. Chapter 148 Article 3B.

☐ The defendant should not obtain the benefit of release under G.S. 148-49.15.

☐ The defendant shall be given credit for _____ days spent in confinement prior to the date of this judgment.

☐ The defendant shall pay the costs.

☐ The defendant shall pay a fine of $ _____

☐ Work release is recommended.

☐ Immediate work release is recommended.

☐ The Court does not recommend restitution or reparation as a condition of attaining work release or parole (*this condition of parole is not applicable to Fair Sentencing Act Felonies.*)

☐ The Court recommends that as a condition of attaining work release or parole (*this condition of parole is not applicable to Fair Sentencing Act Felonies.*), the defendant pay restitution as provided below.

☐ The Court recommends that the defendant be required to pay from his work release earnings restitution as provided below.

| | |
|---|---|
| The Court further recommends: | Upon entrance of the Defendant to the Department of Corrections the defendant is to receive psychological & psychiatric treatment as provided by the State of North Carolina. |

*For Use With Fair Sentencing Act Felonies Only*

The Court has considered the aggravating and miltgating factors in G.S. 15A-1340.4(a) and;

☒ makes no written findings because the prison term imposed is pursuant to **a plea arrangement as to sentence** under Article 58 of G.S. Chapter 15A.

☐ makes no written findings because the prison term imposed is the presumptive term or is the mandatory minimum term required by law

☐ makes written findings set forth on the Findings of Factors in Aggravation and Mitigation of Punishment (AOC-CR-303)

## Order of Commitment

It is FURTHER ORDERED that the Clerk deliver three certified copies of this Judgment and Commitment to the Sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies of the judgment to the custody of the agency named on the reverse to serve the sentence imposed or until he shall have complied with the conditions for release pending appeal.

| Date | Name of Presiding Judge | Signature of Presiding Judge |
|---|---|---|
| 3/15/83 | JAMES C. DAVIS | James C. Davis |

## Appeal Entries

The defendant gives notice of appeal to the:

☐ N.C. Court of Appeals ☐ N.C. Supreme Court. The defendant is allowed _____ days to serve proposed record on appeal, and the State is allowed _____ days after such service to serve objections or proposed alternative record on appeal. Release of defendant pursuant to G.S. 15A-536 is _____

| Date | Name of Presiding Judge | Signature of Presiding Judge |
|---|---|---|
| | | |

## Order of Commitment after Appellate Determination

| Date withdrawal of appeal per G.S. 15A-1450 filed | Date Appellate Court Opinion finding no error filed. |
|---|---|
| | |

It is ORDERED that the Judgment herein be executed. It is further ORDERED that if there be need, the Sheriff arrest and recommit the defendant to the custody of the official named in the Judgment and furnish that official two certified copies of this Judgment and this Order as authority for the commitment and detention of the defendant.

| Date | Signature of Clerk of Superior Clerk |
|---|---|
| | |

☐ Deputy ☐ Assistant ☐ Clerk of Superior Court

## Certification

I certify that this Judgment and Commitment ☐ and attached Findings of Factors in Aggravation and Mitigation of Punishment (AOC-CR 303) is a true and complete copy of the original which is on file in this case.

| Date of Certification | Date Certified Copies Delivered to Sheriff | Signature and Seal |
|---|---|---|
| 3-16-83 | 3-16-83 | [signature] |

☐ Deputy ☐ Assistant ☐ Clerk of Superior Court

| The Court further recommends: | | |
|---|---|---|

*For Use With Fair Sentencing Act Felonies Only*

The Court has considered the aggravating and mitigating factors in G.S. 15A-1340.4(a) and;

☒ makes no written findings because the prison term imposed is pursuant to **a plea arrangement as to sentence** under Article 58 of G.S. Chapter 15A.

☐ makes no written findings because the prison term imposed is the presumptive term or is the mandatory minimum term required by law

☐ makes written findings set forth on the Findings of Factors in Aggravation and Mitigation of Punishment (AOC-CR-303)

## Order of Commitment

It is FURTHER ORDERED that the Clerk deliver three certified copies of this Judgment and Commitment to the Sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies of the judgment to the custody of the agency named on the reverse to serve the sentence imposed or until he shall have complied with the conditions for release pending appeal.

| Date | Name of Presiding Judge | Signature of Presiding Judge |
|---|---|---|
| 3/15/83 | JAMES C. DAVIS | /s/ James C. Davis |

## Appeal Entries

The defendant gives notice of appeal to the:

☐ N.C. Court of Appeals ☐ N.C. Supreme Court. The defendant is allowed _____ days to serve proposed record on appeal, and the State is allowed _____ days after such service to serve objections or proposed alternative record on appeal. Release of defendant pursuant to G.S. 15A-536 is _____

| Date | Name of Presiding Judge | Signature of Presiding Judge |
|---|---|---|
| | | |

## Order of Commitment after Appellate Determination

| Date withdrawal of appeal per G.S. 15A-1450 filed | Date Appellate Court Opinion finding no error filed. |
|---|---|

It is ORDERED that the Judgment herein be executed. It is further ORDERED that if there be need, the Sheriff arrest and recommit the defendant to the custody of the official named in the Judgment and furnish that official two certified copies of this Judgment and this Order as authority for the commitment and detention of the defendant.

| Date | Signature of Clerk of Superior Clerk |
|---|---|
| | |

☐ Deputy ☐ Assistant ☐ Clerk of Superior Court

## Certification

I certify that this Judgment and Commitment ☐ and attached Findings of Factors in Aggravation and Mitigation of Punishment (AOC-CR 303) is a true and complete copy of the original which is on file in this case.

| Date of Certification | Date Certified Copies Delivered to Sheriff | Signature and Seal |
|---|---|---|
| 3-16-83 | 3-16-83 | /s/ Linda L. Davis |

☐ Deputy ☐ Assistant ☐ Clerk of Superior Court