# Juvenile Facing Charges

By DARRELL HATHCOCK

Bond for Shaun Antonio Hayden, 15, of 538 Brevard St. was revoked today by a Superior Court judge while four new felony charges against Hayden are prepared in connection with the rape of a 69-year-old woman Saturday.

Judge William Z. Wood revoked the $100,000 bond posted Aug. 19 for Hayden during a hearing in open court for the juvenile, who is awaiting trial as an adult on felony charges from two other rape cases.

Juvenile citations, the equivalents of adult warrants, were issued against Hayden for attempted murder, first-degree rape and sexual offense and felonious breaking, entering and larceny.

Judge Wood heard evidence from Sgt. Stephen Burgin of the Statesville Police Department about the way the elderly white woman was tied up with a rope, sexually assaulted with a flashlight, raped and then choked by a teen-age black male about 11:30 a.m. Saturday.

Fingerprints taken from the flashlight and a butcher knife used to threaten the woman were found to match those on file for Hayden who was detained Saturday afternoon for questioning but was released and picked up again Monday night.

"What we went on to show probable cause was the general description given by the victim, the method used in the rape, the fact that he (Hayden) was out on bond and the fact that the dogs followed a scent to Short St. where he was first picked up," said Detective Burgin.

Police said a person also will testify to seeing Hayden walking on the street where the rape victim lives 30 minutes prior to the time of the incident.

Hayden's uncle, Stroy Edwards Sparks, 20, offered an alibi for the teen-ager during the court hearing. Sparks said he and Hayden were shopping at Signal Hill Mall at the time of the rape.

Judge Wood did not accept Sparks' statements and called for Hayden to be kept in custody.

"I don't want the possibility of this happening again," said Judge Wood. "We ought to hold him."

Relatives and friends last Thursday gained Hayden's release from a juvenile detention center in Forsyth County, where he was being held pending trial on the other rape charges.

Police arrested Hayden shortly after 8 p.m. Monday on a custody order after he was seen watching football practice at Statesville High School. Hayden's whereabouts were given to officers in a tip from an anonymous caller.

One of the six people who signed the teen-ager's bond was unaware of the hearing on new charges today, and said she had not seen or spoken to Hayden since his return to the county Thursday.

"Shaun never gave much trouble like his brother, but you never know," said Velva Green, who has known Hayden since he was a child.

"He's a good boy and his mother said he went to church Sunday because sometimes he sings in the choir," said Green.

Ex. D

# Police Investigating Rape, Assault Case

Police investigators hand delivered to the State Bureau of Investigation fingerprints and samples taken from the house of a 69 year-old woman who was raped before noon Saturday.

The victim told police that a black male, 16-18 years old, came to her door and asked to do yard work. The teen-ager then asked for the woman's husband to sign a paper for a book the youth said he was selling.

When the woman explained her husband was away, the teen ager grabbed her by the wrists and forced her into the house, said Sgt. Stephen Burgin.

After a struggle, the woman was taken to her bedroom and tied up. She was sexually assaulted with a flashlight and threatened with a butcher knife before being raped.

Police think the assailant tried to kill the woman, first by smothering the woman with a pillow, and then by choking her with thick twine found in the house.

After hearing two doors close the woman got up from the floor, freed her hands using sewing scissors and called her daughter who notified police.

Officers think the rape occurred about 11:30 a.m.

Sheriff's department bloodhounds followed a trail from the victim's residence to an area near Short St. A teen ager was picked up by officers and questioned about 3 p.m., but was released.

Officers said some $200 in cash was taken from the victim's purse before the attacker left the house.

The rape suspect was described as five feet, seven inches tall, weighing 150 pounds. He was wearing a pullover shirt, shorts and a navy blue, mesh baseball cap.

The rape victim was examined at Davis Hospital and released.



# Teenager Charged After Rape, Assault

**By BRUCE HENDERSON**
*Observer Catawba Valley Bureau*

STATESVILLE — Statesville police Tuesday charged a 15-year-old boy with the rape and attempted murder of a 65-year-old Statesville woman.

The woman was attacked in her house at 11:30 a.m. Saturday. Police said she was sexually assaulted, raped and choked. She was not hospitalized.

Her suspected attacker, charged in two other sexual assault cases this summer, was apprehended at 8 p.m. Monday by patrolling officers on the Statesville Senior High School campus, where he was a former student.

The boy, whose name police did not release because of his age, was charged with first-degree rape, first-degree sexual offense, attempted murder and felonious entering and larceny.

During a superior court hearing Tuesday morning, the boy's $100,000 bond for two previous sexual assault cases, on which he had been freed, was revoked. He is being held without bond in Iredell County Jail until a juvenile court hearing Thursday.

During the Thursday hearing, Detective Sgt. Stephen Burgin said, a judge will decide whether to try the boy as a juvenile or as an adult. Burgin said juveniles near the age of 16 are often prosecuted as adults if the charges they face are especially serious.

The suspect was identified Monday after the State Bureau of Investigation laboratory matched fingerprints on a butcher knife blade, found at the scene, with prints on file.

The victim told police her attacker appeared at her door Saturday, asked to do yard work and asked if her husband was at home. He then forced her inside and tied her up.

# Burglary, Attempted Rape Charges Lodged

5-24-82

A name in a hat led police to charge a 15-year-old black male with first-degree burglary and attempted rape of a 34-year-old Statesville woman Sunday morning.

The youth went before a District Court judge today for a preliminary hearing on the two felony charges.

Police investigators credited the alertness of a neighbor with preventing the rape which apparently was interrupted by the neighbor and police ringing the front doorbell at the woman's house.

"We don't know what we could have ended up with if the neighbor hadn't told us about what was thought to be a peeping tom," said Sgt. Jack Zimmerman.

The victim of the attempted rape gave police the following account of the attack.

After 12:33 a.m. Sunday, the woman said she was in the bathroom of her house preparing for bed when she heard someone walking in the adjacent bedroom.

When she opened the door, she saw a black male wearing blue corduroy pants and a white cloth over his head with only his eyes visible.

The male grabbed the woman and threatened to kill her as he forced her back into the bathroom where he tore off her brassiere and panties and forced her to lie on the floor.

As the attacker tried to tie the woman's hands behind her, the doorbell rang. The male reportedly said, "Oh God no," and ran through the house attempting to find an exit. He escaped through the basement as the neighbor and a patrolman stood at the front door.

County bloodhounds and detectives arrived to assist police in the search for the burglary and rape suspect.

Officers located a pile of clothing some 75 feet north of Holland Drive and Brandon St. One item in the pile was a white Statesville High School cap with a name written on the underside of the bill in red ink.

Police took the juvenile into custody for questioning after finding him at his residence in bed. A pair of blue corduroy pants and a white cloth, tied as a hood with two holes in the front for the eyes, also were found in the residence by investigators.

"Our investigation is continuing to determine if there is any connection between this suspect and other assault cases we have from the same area," said Zimmerman.

WEATHER — Scattered showers and thunderstorms. Mostly cloudy with showers and thunderstorms tonight and Tuesday. Local temperatures for the 24-hour period ending at 6 a.m. today: High, 81; Low, 63. Rainfall, .56 inch.

# Statesville Police Seek Boy, 15, In Rape, Attempted Murder Case

**By BRUCE HENDERSON**
*Observer Catawba Valley Bureau*

STATESVILLE — Statesville police were looking Monday for a 15-year-old boy, charged in two earlier sexual assaults this summer, in the brutal weekend rape of a 65-year-old woman.

The woman, who lives alone in east Statesville, was raped in her home at 11:30 a.m. Saturday and then almost choked to death by the suspect, detectives said.

The State Bureau of Investigation (SBI) laboratory in Raleigh confirmed at 1:30 p.m. Monday that fingerprints found at the scene matched prints on file, Detective Sgt. Stephen Burgin said.

The suspect had been charged and released on bond pending trial in two other sexual assaults, Burgin said. He has been a suspect, but not charged, in at least three other sexual assaults in the last four months.

"I can tell you one thing — this guy has done this before," Burgin quoted Saturday's rape victim. "He just went 1-2-3. He knew exactly what he was doing."

The suspect had a similar *modus operandi* in other cases in which he is suspected, Burgin said, including always tying his victims' hands and sexually assaulting them with an object before raping them. He was described as clean and well-spoken.

His physical description matched that of attackers in other cases: 16 to 18 years old, about 5 foot 7, 150 pounds and a muscular build. During Saturday's attack, the rapist wore a dark pullover shirt with a circular emblem, long pants and a dark blue baseball cap.

The victim, treated and released at a city hospital, didn't recognize him.

Burgin said the attacker knocked on the woman's door and asked to do yard work. When she declined, he asked if her husband was home, then opened the screen and forced her inside.

He tied her hands with twine and choked her on her bed, Burgin said. She was sexually assaulted with what police think was a flashlight, then raped.

Her attacker then forced a pillow over her face, lifted it and again choked her with his hands.

"We think at this point he was trying to kill her," Burgin said, because the attacker made no attempt to hide his face. "She said, 'He choked me until I couldn't breathe anymore.'"

The woman said she lay still and semiconscious until she heard doors shut and saw her back door unlatched. She called her sister, who called police. About $200 was taken from her purse, police said.

The woman has lived in the house many years, Burgin said. Police don't know why she was singled out for assault.

Police have a secure custody order that will allow the suspect, once arrested, to be held until warrants are drawn. He will be charged with first-degree rape, attempted murder, first-degree sexual offense and felonious breaking and entering, they said.

The boy police seek was charged earlier this summer with first-degree sexual assault and first-degree burglary in one case, and attempted rape and first-degree sexual offense in another, Burgin said. He was released on bond in both cases.