# In The Matter Of:
*Hayden v.*
*Butler*

---

*Butler, Mr. Paul G.*
*September 3, 2014*

---

*Pace Reporting Service, Inc.*
*PO Box 252*
*Cary, NC 27512*
*919-859-0000*

Original File Butler 9-3-14.prn
Min-U-Script® with Word Index



Ex G

Mr. Butler

14

| | | |
|---|---|---|
| 1 | Q | Okay. Was this at the School of Government? |
| 2 | A | Yes. |
| 3 | Q | Okay. Tell me about that. |
| 4 | A | Well, that's what we called it, baby judge school. |
| 5 | Q | Okay. |
| 6 | A | Jamie Markham and particularly the Justice |
| 7 | | Reinvestment Act. |
| 8 | Q | Okay. |
| 9 | A | So I went once and then I went back again. |
| 10 | Q | Okay. And you'll probably go again, if I know |
| 11 | | Jamie Markham. All right. All right. |
| 12 | | Do you remember the dates? |
| 13 | A | I--I went pretty early on, after I was sworn-- |
| 14 | Q | Okay. So-- |
| 15 | A | --after I was-- |
| 16 | Q | --sometime in 2013? |
| 17 | A | Oh, yeah. |
| 18 | Q | Okay. All right. |
| 19 | A | It was that spring. |
| 20 | Q | All right. All right. Any other training like |
| 21 | | that, outside of-- |
| 22 | A | We went to the National Parole Board chairman's |
| 23 | | meeting this past spring, which was most |
| 24 | | informative-- |

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | --attending a lot of the classes while we were |
| 3 | | there. |
| 4 | Q | Okay. |
| 5 | A | And I--I sit on the Sentencing Commission by virtue |
| 6 | | of being the chairman of the Parole Board, which is |
| 7 | | most educational. |
| 8 | Q | All right. When you arrived here at the Parole |
| 9 | | Commission, did you have any in-house training on, |
| 10 | | kind of, operations? |
| 11 | A | Oh, yeah. |
| 12 | Q | All right. |
| 13 | A | Oh, yeah. I mean-- |
| 14 | Q | Tell--tell me about that. |
| 15 | A | --I didn't vote for a couple months. |
| 16 | Q | Okay. |
| 17 | A | Till I observed and--and felt like I was |
| 18 | | comfortable to vote. |
| 19 | Q | Who worked with you, to get you up to speed here? |
| 20 | A | Mary worked with me. |
| 21 | Q | Mary Stevens? |
| 22 | A | Yes. |
| 23 | Q | All right. |
| 24 | A | Oh, yeah. Mary--Mary worked with me, and then I |

    the future are just staggering. And we may not have enough case analysts as this thing keeps--you know, it--people are saying it's going to take five years to see if Justice Reinvestment--

Q    All right. I want to focus for a little bit on felony parole. Right? And so about half your caseload yesterday was cases where felony parole was being considered. And could you tell me the factors that you consider when you're voting on a felony parole decision?

A    Well, first, we--we read what the analyst says.

Q    Okay.

A    What the analyst's recommendations are.

Q    Okay. Do you ever vote to override an analyst's recommendation?

A    We have, yes.

Q    All right. Have you voted to recommend parole in a case where an analyst recommended that it be denied?

A    We--what we--what is the normal practice is, if we feel that we should take a look at somebody further, the--for a MAPP, that--that we have our psychologist do a--a--a psychological on the individual first. We order a psychological. Then

1   may would know us and call us, and we would then
2   call the--if we thought it was justified, and
3   that's very infrequent.
4 Q All right. But that's--that's not in the course of
5   why they're deciding to grant a felony--
6 A No.
7 Q --parole down?
8 A That has nothing to do with it.
9 Q Oh. So that's a separate--
10 A That's a separate--
11 Q All right.
12 A --issue.
13 Q All right. Do you ever--when considering whether
14   to vote--to grant a felony parole, do you ever talk
15   with other commissioners about the cases?
16 A Yes.
17 Q Is that fairly common?
18 A It--we have so many cases now at--that we--the
19   voting goes--the--the--the voting goes--some--
20   sometime, but you--maybe a lot, not. I mean, we--
21   we--we--there's no huge conference that gets
22   together and says, "Let's discuss this," or, "Let's
23   discuss that." It's, this commissioner votes, this
24   commissioner votes, it comes to me, or it comes to

# CERTIFICATE OF WITNESS

    I, _____, a witness in the above-entitled action, do hereby certify that I have reviewed the foregoing transcription of my deposition and have made corrections, if any were deemed necessary, on the enclosed addendum.
    Signed this _____ day of _____, 2014.

                            (PAUL G. BUTLER)

sjg: (09-03-2014)