FILED: March 22, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7582
(5:10-ct-03123-BO)

_____

SHAUN ANTONIO HAYDEN

       Plaintiff - Appellee

 and

EDDIE SMITH, Intervenor Plaintiff

       Intervenor/Plaintiff

v.

WILLIS J. FOWLER

       Defendant - Appellant

 and

ALVIN W. KELLER; ROBERT C. LEWIS; ANTHONY E. RAND

       Defendants

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk